**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2625

_____

Gary Lloyd Bruce,                                    *
                                                     *
            Appellant,                               *
                                                     * Appeal from the United States
      v.                                             * District Court for the
                                                     * District of Minnesota.
United States of America,                            *
                                                     *       [UNPUBLISHED]
            Appellee.                                *

_____

Submitted: January 22, 1998
Filed:  January 29, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
      Judges.

_____

PER CURIAM.

Gary Lloyd Bruce appeals the District Court's[1] denial of his motion under Federal Rule of Civil Procedure 60(b)(6) to set aside a previous order of the Court. After carefully reviewing the record and the parties' briefs, we affirm the District Court. See 8th Cir. R. 47B.

---

[1]The Honorable Michael James Davis, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.